DSA Legal Solutions, Professional Corporation
    Emi Fehrman (Bar No. 272080)
    *emi.ohira@dsa-legal.com*
12655 W. Jefferson Blvd., 4th floor
Los Angeles, California 90066
Telephone: +1.424.380.2291
Fax: +1. 323.940.0182

Attorney for Requester
SHELL TOWER CO., LTD.

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO CLOUDFLARE, INC. | MISCELLANEOUS ACTION NO.<br><br>SHELL TOWER CO., LTD'S REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA FOR ISSUANCE OF 17 U.S.C. §512(h), TO IDENTIFY ALLEGED INFRINGERS |

1  Requester SHELL TOWER CO., LTD. ("SHELL TOWER"), through its undersigned
2  counsel of record, hereby requests that the Clerk of this Court issue a subpoena on Cloudflare,
3  Inc. ("Cloudflare") to identify an alleged infringer or infringers, pursuant to the Digital
4  Millennium Copyright Act ("DMCA"), 17 U.S.C. §512(h) (the "DMCA Subpoena"). The
5  proposed DMCA Subpoena is attached hereto as Exhibit A.

6  The DMCA Subpoena is directed to Cloudflare, the service provider of a reverse proxy,
7  pass-through security service of the site to which the infringing party owns and posted contents
8  which infringes copyright rights held by SHELL TOWER (the "Infringing Content"). (*See*
9  Declaration of Emi Fehrman)

10 SHELL TOWER has satisfied the requirements for issuance of a subpoena pursuant to 17
11 U.S.C. §512(h), namely:

12 (1) SHELL TOWER has submitted a copy of the notification required by 17 U.S.C.
13 §512(c)(3)(A) as Exhibit A to the Fehrman Declaration, submitted concurrently
14 herewith;
15 (2) SHELL TOWER has submitted the proposed DMCA Subpoena concurrently
16 herewith; and
17 (3) SHELL TOWER has submitted a sworn declaration confirming that the purpose for
18 which the DMCA Subpoena is sought is to obtain the identity of an alleged infringer
19 or infringers, and that such information will only be used for the purpose of
20 protecting SHELL TOWER's rights under Title 17 U.S.C. §512(h)(2).

21 Accordingly, in support of its request for a DMCA Subpoena, SHELL TOWER submits
22 and attaches:
23 o A copy of the notification described in 17 U.S.C. §512(c)(3)(A) (*see* Fehrman
24 Decl., Ex. A);
25 o A proposed DMCA Subpoena directed to the service provider (Cloudflare)(Ex. A
26 hereto); and
27 o A sworn declaration that the purpose for which the DMCA Subpoena is sought is
28 proper under the DMCA. (*See* Fehrman Decl.,)

Because SHELL TOWER has complied with the statutory requirements, SHELL TOWER respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant to 17 U.S.C. §512(h)(4) and return it to undersigned counsel for service on the subpoena recipient.

Dated: November 1, 2017 Respectfully submitted,

DSA Legal Solutions, Professional Corporation

_____

Emi Fehrman

Attorney for Requester

SHELL TOWER CO., LTD.